UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Criminal Case No. 06-cr-00042-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. AGAPITO GALLAS-CRUZ, a.k.a. CARLOS ALBERTO ZUNIGA-ZUNIGA

    Defendant.

## ORDER

    This matter is before the Court upon a review of the file.  To ensure that all pretrial phases of the case are complete before the commencement of the jury trial, it is

    ORDERED that all pretrial motions shall be filed by **Wednesday, March 15, 2006** and responses to these motions shall be filed by **Friday, March 31, 2006**.  It is

    FURTHER ORDERED that a hearing on all pending motions and final trial preparation conference is set for **Wednesday, April 12, 2006 at 1:30 p.m.**  It is

    FURTHER ORDERED that a three-day jury trial is set to commence **Monday, April 24, 2006 at 9:00 a.m.**

    Dated:  February 21, 2006

                                  BY THE COURT:

                                  s/ Wiley Y. Daniel
                                  Wiley Y. Daniel
                                  U. S. District Judge